*Cullen, Ridgely* and *Bates,* for appellents.

*Houston,* for respondents.

—➤»✸✸✸«‹—

PHILIP C. JONES and JOHN SPENCER *vs*. DAVID MORRIS.

CERTIORARI.

Judgment was rendered against the defendants below, on the re-

port of referees for $23 62. The defendants below prayed an appeal. The justice on application of the plaintiff below, granted a new trial, and without the request of either party, ordered the case to be heard by referees. They made a report on the second trial, and the justice entered judgment for a greater sum than that mentioned in the award.

Judgment and proceedings below reversed.